

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Donald James Myart, Jr.,                    * From the 380th District Court
                                              of Collin County,
                                              Trial Court No. 380-80194-2013.

Vs.   No. 11-13-00127-CR                    * April 23, 2015

The State of Texas,                         * Memorandum Opinion by Bailey, J.
                                              (Panel consists of: Wright, C.J.,
                                              Willson, J., and Bailey, J.)


   This court has inspected the record in this cause and concludes that there is error in the judgment below.  Therefore, in accordance with this court's opinion, the judgment of the trial court is modified to delete: "It is further ORDERED that the cost to Collin County for the payment of this defendant's court-appointed attorney, if any, is taxed against this defendant as court cost.  The District Clerk is granted leave to amend the court cost to reflect this amount without the necessity of a further order." As modified, we affirm.